### HUEY v. STATE.   (No. 6521.)

(Court of Criminal Appeals of Texas.   Dec. 7, 1921.)

1. **Criminal law ⬅1098—Stenographer's notes in question and answer form not statement of facts on appeal.**

On a criminal appeal, copying of the stenographer's notes into the record in question and answer form does not comply with Vernon's Ann. Code Cr. Proc. 1916, art. 844c requiring a succinct statement of facts.

2. **Criminal law ⬅1097(5)—No complaint of charge in absence of statement of facts.**

In the absence of a statement of facts, bills of exceptions complaining of the charge present no error.

Appeal from Harris County Court, at Law; Roy F. Campbell, Judge.

---

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Kate Huey was convicted of keeping a disorderly house, and she appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for keeping a disorderly house; punishment fixed at a fine of $200 and confinement in the county jail for a period of 20 days.

[1] We find no statement of facts. Copied in the record are the stenographer's notes in question and answer form. This does not comply with the law requiring a succinct statement of the facts. Vernon's Ann. Code Cr. Proc. 1916, art. 844c. This court has so held on numerous occasions. Ferguson v. State, 83 Tex. Cr. R. 273, 202 S. W. 733, and cases therein cited; Mooney v. State, 73 Tex. Cr. R. 122, 164 S. W. 828; Felder v. State, 59 Tex. Cr. R. 144, 127 S. W. 1055; Hargrave v. State, 53 Tex. Cr. R. 147, 109 S. W. 163; Fox v. State, 53 Tex. Cr. R. 150, 109 S. W. 370.

[2] In the absence of the statement of facts, the bills of exceptions complaining of the charge of the court present no error. No other bills are found.

The judgment is affirmed.